Troy M. Yoshino, No. 197850
Eric J. Knapp, No. 214352
Aengus H. Carr, No. 240953
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:         tyoshino@cbmlaw.com
                   eknapp@cbmlaw.com
                   acarr@cbmlaw.com

Attorneys for Defendant
BMW of North America, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER CHANG and ANNIE STUBBS, individually and on behalf of a class of similarly situated individuals,<br><br>          Plaintiffs,<br><br>  v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>          Defendant. | No. CV13-02902  PSG (AGRx)<br><br>**CLASS ACTION**<br><br>**BMW OF NORTH AMERICA, LLC'S NA'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

     Pursuant to Civil L.R. 83-1.4, Defendant BMW of North America, LLC ("BMW NA") submits this Notice of Pendency of Other Action or Proceeding to give notice of the following putative class action: *Monita Sharma and Eric Anderson v. BMW NA*, Case No. 13-cv-02274-MMC, pending in the United States District Court for the Northern District of California, filed on May 17, 2013.

     The amended complaint filed in *Chang* on July 1, 2013, makes plain that the named plaintiffs in *Sharma* and the named plaintiffs in this case seek to represent overlapping California classes of owners and lessees of certain BMW vehicles.

1  BMW NA is the named defendant in each case and each of the named plaintiffs and
2  putative-plaintiff classes seeks to recover damages related to a purported "defect"
3  causing their vehicles' sunroofs to leak.  *Chang* and *Sharma* call for determination
4  of multiple questions of law and fact that will be the same or substantially similar.
5  (BMW NA in no way concedes that either case meets any requirement of Fed. R.
6  Civ. P. 23 for class treatment, rather, each case presents essentially the same
7  uncertifiable questions of fact and law and they are subject to similar defenses.)
8      Given the overlap, the cases would benefit from transfer of *Sharma* here, to
9  the Central District of California for consolidation before this Court with the first-
10 filed *Chang* action.  This would avoid conflicting rulings and judgments, conserve
11 resources and promote an efficient determination of the action.  Accordingly,
12 concurrently with the filing of this notice, BMW NA has move for venue transfer in
13 the *Sharma* litigation and, if granted, will request consolidation with this matter.
14     Counsel for the plaintiffs in *Sharma* are:

William A. Kershaw, Esq.
Stuart C. Talley, Esq.
Ian J. Barlow, Esq.
Kershaw, Cutter & Ratinoff, LLP
401 Watt Avenue
Sacramento, CA 95864
Phone:  (916) 448-9800
Fax: (916) 669-4499

Edward A. Wallace, Esq.
Amy E. Keller, Esq.
Wexler Wallace, LLP
55 West Monroe St.
Suite 3300
Chicago, IL 60603
Phone: 312-346-2222
Fax: 312-346-0022

Joseph R. Santoli, Esq.
The Law Offices of Joseph R. Santoli
340 Devon Court
Ridgewood, New Jersey  07450
Phone:  201-926-9200
Fax:  201-575-2184

Joseph M. Dunn, Esq.
Wigington Rumley Dunn, LLP
601 Howard St.
San Antonio, Texas  78212
Phone:  210-487-7500
Fax:  210-487-7501

Dated:  July 12, 2013         Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By        /s/ *Troy M. Yoshino*
TROY M. YOSHINO
Attorneys for Defendant
BMW of North America, LLC