1  Stephen M. Harris, Bar No. 110626
   smh@kpclegal.com
2  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
3  Glendale, California 91203-1922
   Telephone: (818) 547-5000
4  Facsimile: (818) 547-5329

5  Robert L. Starr, Bar No. 183052
   robert@starrlawmail.com
6  THE LAW OFFICE OF ROBERT L. STARR
   23277 Ventura Boulevard
7  Woodland Hills, California 91364-1002
   Telephone: (818) 225-9040
8  Facsimile: (818) 225-9042

9  Attorneys for Plaintiffs
   WALTER CHANG and ANNIE STUBBS,
10 individually, and on behalf of a class of similarly
   situated individuals

11

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14

15 WALTER CHANG and ANNIE           ) NO.  CV13-02902 PSG (AGRx)
   STUBBS, individually, and on behalf of a ) [CLASS ACTION]
16 class of similarly situated individuals, )
                                     ) Assigned for All Purposes to
17             Plaintiffs,           ) the Honorable Philip S. Gutierrez -
        v.                           ) Ctrm. 880
18                                   )
   BMW OF NORTH AMERICA, LLC,        )
19                                   ) Date Action Filed:    April 24, 2013
               Defendant.            )
20                                   ) **NOTICE OF DISMISSAL**
                                     ) **WITHOUT PREJUDICE BY**
21 _____   ) **PLAINTIFFS**

22

23

24

25

26

27

KNAPP,
PETERSEN
& CLARKE   28

                             -1-

1777061.1  08000/00974

TO DEFENDANT AND TO DEFENDANT'S ATTORNEYS OF RECORD:

Plaintiffs Walter Chang and Annie Stubbs, individually, and on behalf of a class of similarly situated individuals in the above-entitled action, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 41(a)(1)(i)), voluntarily dismisses the above action, without prejudice, and files this notice of dismissal with the Clerk of the above-entitled court before service by defendant on plaintiff of either an answer (or other responsive pleading) or a motion for summary judgment.

This notice was filed on the date set forth below.

Dated: July 12, 2013

KNAPP, PETERSEN & CLARKE

By: /s/Stephen M. Harris
Stephen M. Harris
Attorneys for Plaintiffs
WALTER CHANG and ANNIE STUBBS, individually, and on behalf of a class of similarly situated individuals

-2-

1777061.1  08000/00974